MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys At Law
238 A.F.C. Flores Street
Suite 801, Pacific News Buildings
Hagåtña, Guam 96910
Telephone: 472-2089/90
Facsimile: 477-5206

Attorneys for Marianas Hospitality Corporation
 d/b/a Hyatt Regency Guam

**FILED**
DISTRICT COURT OF GUAM
NOV 29 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SEIKO M. KIRACHKY, | CIVIL CASE NO. 06-00032 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM, | |
| Defendant. | |

I, **DANA GUTIERREZ-REYES**, hereby certify that I have caused a copy of the **ANSWER TO COMPLAINT** to be served upon the following office as set forth below:

/ /

/ /

/ /

**ORIGINAL**

```
 1    WILFRED R. MANN, ESQ.
 2    Berman O'Connor & Mann
      Suite 503, Bank of Guam Building
 3    111 Chalan Santo Papa
 4    Hagåtña, Guam 96910
      Attorneys for Plaintiff
 5
 6    Dated this 13th day of November, 2006.
 7
                    **MAIR, MAIR, SPADE & THOMPSON**
 8                  A Professional Corporation
                    Attorneys for Defendant Marianas Hospitality
 9                    Corporation d/b/a Hyatt Regency Guam
10
11
12    By _____
                DANA GUTIERREZ-REYES
13
```

P063096.DGR