

**FILED**
DISTRICT COURT OF GUAM
JAN 17 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SEIKO M. KIRACHKY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARIANAS HOSPITALITY CORP.<br>d.b.a. HYATT REGENCY GUAM,<br><br>　　　　Defendant. | Civil Case No. 06-00032<br><br><br><br><br>MINUTES |

(√) SCHEDULING CONFERENCE　　( ) PRELIMINARY PRETRIAL CONFERENCE
　　(January 17, 2007, at 10:05 a.m.)

( ) FINAL PRETRIAL CONFERENCE　( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was Wilfred R. Mann. Appearing on behalf of the Defendant was Dana Gutierrez-Reyes.

　　　Judge Manibusan and counsel went over the parties' proposed scheduling order and discovery plan. Judge Manibusan made certain changes and thereafter approved and signed the parties' submission.

　　　Judge Manibusan advised counsel to file the appropriate written motion or make arrangements with his chamber staff when the parties believe they are ready to submit the matter for a settlement conference. Thereafter, the Court will issue and order setting forth the guidelines which will govern the settlement procedure. Judge Manibusan also stated that the

///

1  Court's practice has been that he presides over the settlement conference, unless other

2  arrangements have been made by the parties.

3     The conference concluded at 10:14 a.m.

4     Dated: January 17, 2007.

*/s/ Judith P. Hattori*

JUDITH P. HATTORI
Law Clerk