

MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys At Law
238 A.F.C. Flores Street
Suite 801, Pacific News Buildings
Hagåtña, Guam 96910
Telephone:  472-2089/90
Facsimile:  477-5206

Attorneys for Marianas Hospitality Corporation
   d/b/a Hyatt Regency Guam

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SEIKO M. KIRACHKY, | CIVIL CASE NO. 06-00032 |
| Plaintiff, | |
| vs. | **SCHEDULING ORDER** |
| MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM, | |
| Defendant. | |

Pursuant to this Court's Scheduling Notice dated November 30, 2006, the above-named parties, by and through their respective counsel, submit the following Scheduling Order.

1. <u>Nature of the Case</u>: The Plaintiff claims that his previous complaint regarding the failure of Defendant to pay him overtime wages was a substantial factor or but for cause of his termination from employment in violation of the federal Fair Labor Standards Act. The Plaintiff claims that the Defendant's stated reason for termination was pretextual and in bad faith, thereby entitling him to past lost wages,

probable future loss wages, liquidated damages, plus his reasonable attorneys' fees and costs.

The Defendant denies that Plaintiff's previous complaint for failure to pay overtime wages was a factor in his termination from employment. In addition, the Defendant raises various defenses including failure to state a claim, statute of limitations, laches, waiver, estoppel, unclean hands, lack of good faith and failure to mitigate.

2. <u>Posture of the Case</u>:

    (a) The following motions are on file or pending:

        None at the present time.

    (b) The following motions have been resolved:

        None at the present time.

    (c) The following discovery has been initiation:

        No discovery has been initiated.

3. The parties shall appear before the District Court on **January 17, 2007** at ~~11:00 a.m.~~ 10:00 a.m. for the Scheduling Conference.

4. All motions to add parties and claims shall be filed on or before **March 16, 2007**.

5. All motions to amend pleadings shall be filed on or before **April 17, 2007**.

6. Pursuant to Federal Rule of Civil Procedure 26(a)(2), the parties shall disclose to all other parties the identity of all expert witnesses who may testify at trial, and exchange the required copies of the experts' reports by **June 4, 2007**.

2

Subsequent designation of rebuttal expert testimony shall be made not later than **July 6, 2007**. The parties shall make all such experts available to be deposed ~~from~~ at specific times and dates as mutually agreed.

7. Status of Discovery (Plan): The parties' Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

8. The discovery cut-off date (defined as the last day to file responses to discovery) is **August 3, 2007**.

9. The anticipated discovery motions are: None at this time. All discovery motions shall be filed not later than **August 10, 2007**, ~~and heard on or about August 31, 2007 at 10:00 a.m.~~

10. Any potentially dispositive motions shall be filed not later than **August 10, 2007**, ~~and heard not later than August 31, 2007 at 10:00 a.m.~~

11. The prospects for settlement cannot be evaluated at this time since it will be necessary to engage in at least preliminary discovery before evaluating the case for settlement.

12. The Preliminary Pre-Trial Conference shall be held on **September 24, 2007 at 10:00 a.m. (no later than twenty-one (21) days prior to trial)**.

13. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before **October 1, 2007 (no later than fourteen (14) days prior to trial)**.

14. The Proposed Pretrial Order shall be filed on or before **October 1, 2007 (no later than fourteen (14) days prior to trial)**.

3

15. The Final Pre-Trial conference shall be held on **October 8, 2007** at **9 p.m.** [handwritten] **10:00 a.m. (seven (7) days prior to trial).**

16. The trial shall be held on **October 15, 2007** at ~~10:00~~ **9:00 a.m.** [handwritten] (In no event shall the trial be later than eighteen (18) months after the complaint is filed, unless the Court otherwise allows).

17. The trial is a jury trial.

18. It is anticipated that it will take three (3) days to try this case.

19. The names of counsel are as follows:

For the Plaintiff:

> Wilfred R. Mann, Esq.
> Berman O'Connor & Mann
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910

For the Defendant:

> David A. Mair, Esq.
> Dana Gutierrez-Reyes, Esq.
> Mair, Mair, Spade & Thompson, P.C.
> 238 A.F.C. Flores Street
> Suite 801, Pacific News Building
> Hagåtña, Guam 96910

20. The parties wish to submit this case to a settlement conference.

21. The parties have no suggestions for shortening trial at this time.

22. The following issues will affect the status of management of the case: **None at this time.**

**APPROVED AND SO ORDERED.**

Date: January 17, 2007

_____
JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge
District Court of Guam

Approved as to form and substance:

**BERMAN O'CONNOR & MANN**
Attorneys for Plaintiff

By /s/ Wilfred R. Mann          Dated: JAN. 2, 2007
WILFRED R. MANN

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant Marianas Hospitality
 Corporation d/b/a Hyatt Regency Guam

By /s/ Dana Gutierrez-Reyes     Dated: 1/2/07
DANA GUTIERREZ-REYES

RECEIVED
JAN 3 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

P063100.DGR

5