MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys At Law
238 A.F.C. Flores Street
Suite 801, Pacific News Buildings
Hagåtña, Guam 96910
Telephone:     472-2089/90
Facsimile:     477-5206

Attorneys for Marianas Hospitality Corporation
d/b/a Hyatt Regency Guam

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| SEIKO M. KIRACHKY, | ) | CIVIL CASE NO. 06-00032 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DISCOVERY PLAN** |
| vs. | ) | |
| | ) | |
| MARIANAS HOSPITALITY | ) | |
| CORPORATION d/b/a HYATT | ) | |
| REGENCY GUAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to this Court's Scheduling Notice dated November 30, 2006, the above-named parties, by and through their respective counsel, submit the following Discovery Plan:

      1.    The parties shall make all initial disclosures required under Fed. R. Civ. P. 26(a) and Local Rule 26.2 on or before February 7, 2007.

/ /

/ /

# ORIGINAL

2.     Other than the 25 count limit on interrogatories and requests for admissions, the parties do not anticipate requiring any other changes or limitations on discovery as may be imposed under federal or Local Rules.

3.     The cutoff date for discovery (defined as the last day to file responses to written discovery) is **August 3, 2007**. Depositions may be taken until the cutoff date.

**APPROVED AND SO ORDERED.**

Date: _January 17, 2007_

_____
JOAQUIN V. E. MANIBUSAN, JR.
U. S. Magistrate Judge
District Court of Guam

Approved as to form and substance:

**BERMAN O'CONNOR & MANN**
Attorneys for Plaintiff

By _Wilfred R. Mann_    Dated: _JAN. 2, 2007_
**WILFRED R. MANN**

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant Marianas Hospitality
  Corporation d/b/a Hyatt Regency Guam

By _____    Dated: _1/2/07_
**DANA GUTIERREZ-REYES**

**RECEIVED**
JAN 3 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

P063105.DGR

2