MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys At Law
238 A.F.C. Flores Street
Suite 801, Pacific News Buildings
Hagåtña, Guam 96910
Telephone:  472-2089/90
Facsimile:  477-5206

Attorneys for Marianas Hospitality Corporation
  d/b/a Hyatt Regency Guam



**FILED**
DISTRICT COURT OF GUAM
JUN 11 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SEIKO M. KIRACHKY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIANAS HOSPITALITY ) <br> CORPORATION d/b/a HYATT ) <br> REGENCY GUAM, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 06-00032 <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between, Plaintiff SEIKO M. KIRACHKY and Defendant MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM, that the Complaint filed by Plaintiff against the Defendant, and any other claims that could have been asserted against Defendant in the above-captioned action are hereby dismissed with prejudice, with all parties to bear their own costs.

SO STIPULATED.

                                     **MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant

Dated: 6/7/07           By _____
                                    **DANA GUTIERREZ-REYES**

**BERMAN O'CONNOR & MANN**
A Professional Corporation
Attorneys for Plaintiff

Dated: June 6, 2007      By _____
                                      **WILFRED R. MANN**

P073042.DGR

2

Case 1:06-cv-00032  Document 10  Filed 06/11/2007  Page 2 of 2