# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Seiko M. Kirachky,<br><br>   Plaintiff,<br><br>  vs.<br><br>Marianas Hospitality Corporation dba Hyatt Regency Guam,<br><br>   Defendant. | Civil Case No. 1:06-cv-00032<br><br>**J U D G M E N T** |

  Judgment is hereby entered in accordance with the Stipulation for Dismissal With Prejudice filed on June 11, 2007.

Dated this 12th day of June, Hagatna, Guam.

                         **/s/ Mary L.M. Moran**
                            Clerk of Court